UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN EARLY,

       Plaintiff,                            Case No. 07-10215
                                                    HON. JOHN FEIKENS

v.

HOMEQ SERVICING CORP.,
TROTT AND TROTT, P.C.,

       Defendant(s).

_____/

## ORDER OF DISMISSAL

A Complaint having been filed on 1/12/2007 and no service having been accomplished and the time for service has expired;

IT IS ORDERED that this case is dismissed for lack of progress.

                                          s/John Feikens
                                          John Feikens
                                          United States District Judge

Dated: May 17, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 17, 2007.

s/Carol Cohron
Deputy Clerk